IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**
    **Plaintiff**

    v.

**PEDRO RADAMES DE LA CRUZ RODRIGUEZ,**
    **Defendant**

Criminal No. 07-017 (ADC)

### ORDER

Before the Court is an unopposed Report and Recommendation issued by Magistrate-Judge Marcos E. López on April 26, 2007. (**Docket No. 28**.) In said Report and Recommendation the Magistrate-Judge recommends that: defendant **Pedro Radamés de la Cruz-Rodríguez** be adjudged guilty of the offenses charged in Count I (18 U.S.C. §§ 922(g)(5) and 924(a)(2) inasmuch as, his plea of guilty was intelligently, knowingly and voluntarily entered.

Neither party has filed objections to the Magistrate-Judge's Report and Recommendation within the time frame provided by the Federal Rules of Criminal Procedure and this Court's Local Rules. See Fed. R. Crim. P. 11; 28 U.S.C. § 636(b)(1)(B); D.P.R. Local Crim. R. 147(b).

After reviewing the record, the Court agrees with the arguments, factual and legal conclusions within the Report and Recommendation. Therefore, the Court hereby **APPROVES** and **ADOPTS** the Magistrate-Judge's Report and Recommendation in its entirety.

Accordingly, a judgment of conviction is to be entered as to Count I of the indictment in the above-captioned case.

**The sentencing hearing is set for July 30, 2007 at 10:00 a.m.**

**SO ORDERED.**

At San Juan, Puerto Rico, this 18th day of May, 2007.

        S/**AIDA M. DELGADO-COLON**
        **United States District Judge**